**FILED**

MAY 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSE L. JIMENEZ,  )
  )  CASE NO. C-08-2551 MHP
          Plaintiff,  )
  )  PRISONER'S
   vs.  )  APPLICATION TO PROCEED
  )  IN FORMA PAUPERIS
B. CURRY, et al.,  )  (PR)
  )
          Defendant.  )
_____)

    I, __Jose L. Jimenez__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No _X_.

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                    Yes ____ No **xx**
10         self employment
11    b.   Income from stocks, bonds,                 Yes ____ No **xx**
12         or royalties?
13    c.   Rent payments?                             Yes ____ No **xx**
14    d.   Pensions, annuities, or                    Yes ____ No **xx**
15         life insurance payments?
16    e.   Federal or State welfare payments,         Yes ____ No **xx**
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.  Are you married?                              Yes ____ No **xx**
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _____NONE_____
6  _____
7  5.  Do you own or are you buying a home?   Yes ___ No _xx_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?   Yes ___ No _xx_
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ___ No ___ If so, Total due: $_____
12  Monthly Payment: $_____
13  7.  Do you have a bank account?   Yes ___ No _xx_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $_____
17  Do you own any cash? Yes ___ No _xx_ Amount: $_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)   Yes ___ No _xx_
20  _____
21  8.  What are your monthly expenses?
22  Rent: $ _0.00_____    Utilities:   $ 0.00
23  Food: $ _0.00_____    Clothing:   $ 0.00
24  Charge Accounts:
25  Name of Account        Monthly Payment         Total Owed on This Acct.
26  _____        $ _0.00_            $ _0.00_
27  _____        $ _0.00_            $ _0.00_
28  _____        $ _____       $ _____  9.  Do

1. you have any other debts? (List current obligations, indicating amounts and to whom they are
2. payable. Do not include account numbers.)
3. _____NONE_____
4. _____

5. 10.   Does the complaint which you are seeking to file raise claims that have been presented
6. in other lawsuits?   Yes ___   No XX
7. Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8. which they were filed.
9. _____
10. _____

11. I consent to prison officials withdrawing from my trust account and paying to the court
12. the initial partial filing fee and all installment payments required by the court.
13. I declare under the penalty of perjury that the foregoing is true and correct and
14. understand that a false statement herein may result in the dismissal of my claims.

16. May 12, 2008                    *[signature]*
17.       DATE                       SIGNATURE OF APPLICANT

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Jimenez, Jose L.__ for the last six months at
[prisoner name]

__CTF-Soledad__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __8.33__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __39.19__.

Dated: __5/14/08__        __Yolanda Chavez__, Accountant I Specialist
                          Authorized officer of the institution

Correctional Training Facility
P. O. Box 686
(3 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5/14/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY __Yolanda Chavez__, Acct. I Specialist
   TRUST OFFICE

4

```
REPORT ID: TS3030 .701                                              REPORT DATE: 05/14/08
                    CALIFORNIA DEPARTMENT OF CORRECTIONS                  PAGE NO:     1
                         CTF SOLEDAD/TRUST ACCOUNTING
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: DEC. 15, 2007 THRU MAY 14, 2008

ACCOUNT NUMBER : E49850                 BED/CELL NUMBER: CFFWT2000000237U
ACCOUNT NAME   : JIMENEZ, JOSE LUIS                      ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                            TRUST ACCOUNT ACTIVITY

DATE     TRAN
         CODE DESCRIPTION        COMMENT    CHECK NUM   DEPOSITS  WITHDRAWALS  BALANCE
----     ---- -----------        -------    ---------   --------  -----------  -------
12/15/2007    BEGINNING BALANCE                                                 120.00
12/17  FC01 DRAW-FAC 1           1896 ML                            56.50        63.50
12/21  D300 CASH DEPOSIT         1960 68999             50.00                   113.50
ACTIVITY FOR 2008
01/14  FC01 DRAW-FAC 1           2189 ML                            50.00        63.50
02/23  W514 VISION CARE.C        2728 OPTIC                         63.50         0.00

                            TRUST ACCOUNT SUMMARY

 BEGINNING       TOTAL         TOTAL       CURRENT      HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS     WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
 ---------     --------     -----------    -------     -------     ------------
   120.00        50.00        170.00         0.00        0.00          0.00

                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                      ---------
                                                         0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5/14/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Juanee Chang_, Acct. / Specialist
    TRUST OFFICE

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust office