STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**CORRECTIONAL TRAINING FACILITY**
INMATE TRUST OFFICE
P. O. BOX 686
SOLEDAD, CA 93960-0686

**FILED**

JUN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date:   June 12, 2008

Clerk of the Court
U. S. District Court
Northern District
450 Golden Gate Avenue
San Francisco, CA  94102

The In Forma Pauperis application for Mr. Jose Jimenez, CDCR# E49850, was forwarded separately to your office on May 14, 2008. Attached you will find a check for $5.00 for the filing fee, as well as copies of the application.

Thank you in advance. If you have any questions, feel free to contact me at (831) 678-3951 ext. 4529.

*Yolanda Chavez*

Yolanda Chavez
Accountant 1 Specialist

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020242
Cashier ID: bucklem
Transaction Date: 06/16/2008
Payer Name: BILL LOCKYER
------------------------------------
WRIT OF HABEAS CORPUS
 For: jose jiminez
 Case/Party: D-CAN-3-08-CV-002551-001
 Amount:      $5.00
------------------------------------
CHECK
 Check/Money Order Num: 203439626
 Amt Tendered: $5.00
------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```